STATE v. COLEY

No. 298P87.

Case below: 86 N.C. App. 112.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. DAVENPORT

No. 390P87.

Case below: 85 N.C. App. 721.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1987.

STATE v. HAYES

No. 218PA87.

Case below: 85 N.C. App. 349.

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1987.

STATE v. HINSON

No. 307P87.

Case below: 85 N.C. App. 558.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 3 September 1987.

STATE v. JEFFERS

No. 275P87.

Case below: 77 N.C. App. 239.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1987.